**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA,<br><br>        Plaintiff,<br><br>vs.<br><br>GOVINDJI HOTELS GROUP, INC., A Utah Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>        Defendants. | **MOTION TO DISMISS WITH PREJUDICE**<br><br><br>Case No. 2:18-CV-474-DAK-DBP<br><br>Judge Dale A. Kimball |

Plaintiff Linda Suda, by and through undersigned counsel, moves the Court for an order dismissing this action with prejudice. Plaintiff has attempted to get the stipulation of defendant's counsel but have been unable to do so. Nonetheless, the parties have resolved their dispute and agree that this matter should be dismissed, with prejudice. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

DATED the 3rd day of January, 2019.

FORD & CRANE PLLC


/s/ Matthew B. Crane
Matthew B. Crane
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, certify that on the 3rd day of January, 2019, I caused a true and correct copy of the foregoing MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane_____