Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE CENTRAL DISTRICT OF UTAH**

| | |
|---|---|
| LINDA SUDA,<br><br>         Plaintiff,<br>vs.<br><br>GOVINDJI HOTELS GROUP, INC., A Utah Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>         Defendants. | **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:18-CV-474-DAK-DBP<br><br>Judge Dale A. Kimball |

This matter is before the Court pursuant to the Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff on January 3, 2019. Having reviewed the Motion and noting that no opposition has been filed, there appears good cause that it should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.

DATED the 3rd day of January, 2019

                      BY THE COURT

                      _____
                      United States Judge Dale A. Kimball

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 3rd day of January, 2019, I caused a true and correct copy of the foregoing ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane